*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-354**

IN RE TAKISHA BROWN                    **2019 DDN 260**
A Disbarred Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 472664**

BEFORE: Thompson, McLeese, and Deahl, Associate Judges.

## **O R D E R**
(FILED – May 28, 2020)

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Ms. Brown has demonstrated that she is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Brown*, 112 A.3d 913 (D.C. 2015), it is
it is

ORDERED that petitioner's petition for reinstatement is granted.  It is

FURTHER ORDERED that Takisha Brown is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**